

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00740-CV

Eduardo **SANCHEZ** and Alec Transport Limited Liability Company,
Appellants

v.

**SANTANDER BANK, N.A.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVH000777D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On April 22, 2020, appellants' counsel filed a motion to withdraw, which complies with Rule 6.5 of the Texas Rules of Appellate Procedure. Additionally, on April 23, 2020, appellants' counsel filed a motion for extension of time, requesting an additional 30 days in which to file the appellants' brief.

Counsel's motion to withdraw is **GRANTED**. Appellants' motion for an extension of time in which to file appellants' appellate brief is **GRANTED**. Appellants' brief is due on or before **May 27, 2020**.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court